# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA



JAMES E. NIXON, SR., PLAINTIFF : CIVIL ACTION NO.

VS. : 2:18-CV-685

PHILADELPHIA COUNTY CLERK OF : HON. CYNTHIA M RUFE

COURTS, ET. AL., DEFENDANTS

## MOTION FOR TRANSFER ON GROUNDS OF PREJUDICE

Now comes the Plaintiff, James E. Nixon, Sr., *pro se*, and respectfully moves this Honorable Court for an order that this proceeding be transferred to the United States District Court for the Middle/Western District of Pennsylvania, on the grounds that there exists in this Eastern District so great a prejudice against him that he feels that Honorable C. Darnell Jones II would hamper his Civil Suit outcome:

1. Honorable C. Darnell Jones II was this Plaintiff's Trial Judge during his criminal proceedings.
2. Honorable C. Darnell Jones II was clearly aware that this Plaintiff was trying to obtain these Court Records for over 10 years while he was still sitting in the Common Pleas Court of Philadelphia County.
3. Honorable C. Darnell Jones II allowed these Defendants, for over 10 years, to withhold these Criminal Records, so this Plaintiff couldn't file an adequate PCRA.
4. Here we are going on twenty-one (21) years, and this Plaintiff still doesn't have said records.
5. By this Court allowing this Civil Action Case to stay in the Eastern District Court, would only damage this Plaintiff's case.

(1)

For the foregoing reasons stated above, Plaintiff is asking this Court to transfer his case to either the Middle District of Pennsylvania, or to the Western District of Pennsylvania. This way he will be given a fair chance to prove his case.

Dated: June 17, 2018

Submitted By:
James E. Nixon, Sr.
*James E Nixon*
DX5698
BOX-A
Bellefonte, PA 16823-0820

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. NIXON, SR., PLAINTIFF | CIVIL ACTION NO. |
| VS. | 2:18-CV-685 |
| PHILADELPHIA COUNTY CLERK OF COURTS, ET. AL., DEFENDANTS | HON. CYNTHIA M RUFE |

FILED
JUN 21 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## CERTIFICATE OF SERVICE

The undersigned that on June 17, 2018, he caused the foregoing Motion for Transfer on Grounds of Prejudice to be served on the following by U.S. First Class Mail on:

Supreme Court of Pennsylvania
Administrative Office of PA Courts
Att. Michael Daley, Esq.
1515 Market Street, Suite 1414
Philadelphia, PA 19102

Philadelphia District Attorney's Office
3 S. Penn Square
Philadelphia, PA 19107

Dated: June 17, 2018

Submitted By:
James E. Nixon, Sr.
DX5698
BOX-A
Bellefonte, PA 16823-0820

(3)

James E Dixon Sr
DX 9898
Box A
Bellefonte PA 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

ZIP 16823
02 1W
0001403631 $ 000.47⁰
U.S. POSTAGE >> PITNEY BOWES
JUN 18 2018

United States District Court
Eastern District of Pennsylvania
Clerk of Court
Kate Barkman
U.S. Courthouse Independence Mall West
601 Market Street
Phila PA 19106-1797