RECEIVED AUG 2 2018

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E Nixon SR.: Plaintiff | Civil Action NO: |
| VS. FILED AUG 02 2018 | 2:18-CV-685 |
| Philadelphia County Clerk of Courts, ET. AL.: Defendants KATE BARKMAN, Clerk By_____Dep; Clerk | HON. CYNTHIA M. RUFE |

## MOTION AND ORDER FOR HEARING FOR RULE ABSOLUTE

To the Honorable Judge of this said court;

1. On June 26, 2018, the Honorable Cynthia M. Rufe ordered the Philadelphia District Attorney's Office to show cause no later than July 10, 2018 why Plaintiff's petition for procedure defult should not be granted.

2. On July 11, 2018 Plaintiff's brother called this court to see if the Philadelphia District Attorney's Office complied with this courts said order.

3. Plaintiff's brother was told that this court never recieved anything from the Philadelphia District Attorney's Office.

4. Plaintiff wants to bring to this Honorable Courts attention that this is what has been happening for almost 21 years. How can you properly attack your conviction when these Defendants did everything in there power to keep these records out of Plaintiff's hands.

Wherefore, The Plaintiff James E. Nixon SR, requests this honorable court to grant Rule Absolute.

Respectfully Submitted,

(s) *[signature]*
James E. Nixon SR
# DX5698
SCI Rockview
Box A
Bellefonte, PA 16823

Dated: 7/29/2018

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Nixon SR.: Plaintiff | Civil Action NO: |
| VS. | 2:18-CV-685 |
| Philadelphia County Clerk of Courts, ET. AL.: Defendants | HON. CYNTHIA M. RUFE |

### Certificate Of Service

The undersigned that on July  ,2018, he caused the forgoing <u>Petition for Motion and ORDER for hearing for Rule Absolute</u> to be served on the following by U.S. First Class Mail on:

Supreme Court Of Pennsylvania
Administrative Office of PA Courts
Attn: Michael Daley Esq.
1515 Market Street, Suite 1414
Philadelphia, PA 19102

FILED
AUG 02 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

Philadelphia District Attorney's Office
35 Penn Square
Philadelphia, PA 19107

Respectfully Submitted,
(s) *James E. Nixon Sr.*
James E. Nixon
#DK5698
SCI Rockview
Box A
Bellefonte, PA 16823

Dated: 7/29/2018

JAMES E. WOODS JR
DX5698
Box A
Bellefonte, PA 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

ZIP 16823
02 1W
$ 000.47⁰
U.S. POSTAGE >> PITNEY BOWES

United States District Court
For The Eastern District Of Pennsylvania
Clerk Of Courts
Kate Barkman
James A Byrne Federal Courthouse
601 Market Street, Room 2609
Philadelphia PA 19106-1797